C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Sophia Blake Frye | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No. B-05-80202 C-13D |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor's last full payment was for May, 2009. The Standing Trustee's office has contacted the Debtor regarding the delinquent payments, and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Plan for nonpayment.

Date: August 10, 2009                                                                                        s/Richard M. Hutson, II
RMH:ltp                                                                                                              Standing Trustee
-------------------------------------------------------------------------------------------------------------------------

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at the Courtroom, first floor, Durham Centre Building, 300 West Morgan Street, Durham, NC, on **September 24, 2009**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: August 10, 2009                                                                                        OFFICE OF THE CLERK
                                                                                                                            U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-05-80202 C-13D

Sophia Blake Frye
1811 South Alston Avenue
Durham, NC 27707

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702